The Honorable David W. Christel

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JASON KOETTING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOUBLEDOWN INTERACTIVE LLC,<br><br>Defendant. | NO.   2:25-cv-01854-DWC<br><br>**NOTICE OF APPEARANCE** |

**TO**: The clerk of court;

**AND TO**: All parties and counsel of record.

**PLEASE TAKE NOTICE** of the appearance in this litigation of Michael E. Chait of Fennemore Craig, P.C., as counsel of record for Defendant Doubledown Interactive LLC in the above-captioned action.

All defenses, claims and rights are fully and expressly reserved, including without limitation defenses relating to service of process, sufficiency of process, and personal or other jurisdiction.

Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be served on the undersigned counsel for Defendant BNSF Railway Company.

NOTICE OF APPEARANCE - 1
NO. 2:25-cv-01854-DWC

FENNEMORE CRAIG, P.C.
999 Third Avenue Suite 600
Seattle, Washington  98104-4039
(206) 749-0500

DATED: October 20, 2025.

**FENNEMORE CRAIG, P.C.**

By  *s/ Michael E. Chait*
Michael E. Chait, WSBA #48842
999 Third Avenue, Suite 600
Seattle, WA 98104-4039
Tel: (206) 749-0500
Fax: (206) 749-0600
Email: mchait@fennemorelaw.com

*Attorneys for Defendant Doubledown Interactive LLC*

NOTICE OF APPEARANCE - 2
NO. 2:25-cv-01854-DWC

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury under the laws of the United States of America that on this date, the foregoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on October 20, 2025.

_____
Xiaoshi Zhang

CERTIFICATE OF SERVICE
NO. 2:25-cv-01854-DWC

FENNEMORE CRAIG, P.C.
999 Third Avenue Suite 600
Seattle, Washington 98104-4039
(206) 749-0500