**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

October 21, 2025

To: Counsel and pro se parties in Koetting v. DoubleDown Interactive LLC, 2:25−cv−01854−DWC
From: Kim Brye, Deputy Clerk

Re: Assignment to United States Magistrate Judge; **Action required.**

This case has been assigned to United States Magistrate Judge David W. Christel for all purposes, including trial, final entry of judgment, and direct review by the Ninth Circuit Court of Appeals. *See* Amended General Order 02−19, 28 USC 636(c), Federal Rule of Civil Procedure 73, and Local Magistrate Judge Rule 13.

Consent to a Magistrate Judge is voluntary. Any party may decline consent by signing at the bottom and emailing this form to kim_brye@wawd.uscourts.gov, or faxing it to 253−882−3829, or mailing to the above address. The form must be received by the court no later than **October 28, 2025.** <u>Do not electronically file this form.</u>.

**<u>Each party will be deemed to have knowingly and voluntarily consented to proceed before the assigned Magistrate Judge, if this form is not returned by the above date</u>**.

If a party declines consent, the identity of the party declining consent will not be communicated to any judge.

☐ **I decline consent and request the case be assigned to a District Judge**

_____   _____   _____
Attorney/Party's Signature            Party Represented                    Date Signed