1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASON KOETTING,

Plaintiff(s),

v.

DOUBLEDOWN INTERACTIVE
LLC,

Defendant(s).

CASE NO.
2:25−cv−01854−DWC

**ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT**

## I. INITIAL SCHEDULING DATES

The Court sets the following dates for initial disclosure and submission of the

Joint Status Report and Discovery Plan:

Deadline for Fed. R. Civ. P. 26(f) Conference:          11/19/2025

Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1):     12/3/2025

Combined Joint Status Report and Discovery
Plan as Required by Fed. R. Civ. P. 26(f)
and Local Civil Rule 26(f):                    12/10/2025

The deadlines above may be extended only by the Court. Any request for an

extension should be made by email to Courtroom Deputy, Kim Brye at

kim_brye@wawd.uscourts.gov. The parties are directed to meet and confer before

contacting the Court to request an extension.

If this case involves claims which are exempt from the requirements of Fed. R.

Civ. P.26(a) and 26(f), please notify Courtroom Deputy, Kim Brye.

ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT,
AND EARLY SETTLEMENT – 1

## II. JOINT STATUS REPORT & DISCOVERY PLAN

All counsel and any pro se parties are directed to confer and provide the Court with a combined Joint Status Report and Discovery Plan (the "Report") by December 10, 2025. This conference shall be by direct and personal communication, preferably a face–to–face meeting, but may be by a telephonic conference. The Report will be used to determine if a Fed. R. Civ. P. 16 conference would be helpful and to set a schedule for the prompt completion of the case.

The Report must contain the following information by corresponding paragraph numbers:

1. A statement of the nature and complexity of the case.

2. A proposed deadline for the joining of additional parties.

3. A discovery plan that states, by corresponding paragraph letters (A, B, etc.), the parties' views and proposals on all items set forth in Fed. R. Civ. P. 26(f)(3), which includes the following topics:

(A) initial disclosures;

(B) subjects, timing, and potential phasing of discovery;

(C) electronically stored information;

(D) privilege issues;

(E) proposed limitations on discovery; and

(F) the need for any discovery related orders.

4. The parties' views, proposals, and agreements, by corresponding paragraph letters (A, B, etc.), on all items set forth in LCR 26(f)(1), which includes the following topics:

(A) prompt case resolution;

(B) alternative dispute resolution;

(C) related cases;

ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT,
AND EARLY SETTLEMENT – 2

1      (D) discovery management;

2      (E) anticipated discovery sought;

3      (F) phasing motions;

4      (G) preservation of discoverable information;

5      (H) privilege issues;

6      (I) Model Protocol for Discovery of ESI, and;

7      (J) alternatives to Model Protocol.

8      5.    The date by which discovery can be completed.

9      6.    Whether the case should be bifurcated by trying the liability issues before

10  the damages issues, or bifurcated in any other way.

11      7.    Whether the pretrial statements and pretrial order called for by LCR 16(e),

12  (h), (i), and (k), and 16.1 should be dispensed with in whole or in part for the sake of

13  economy.

14      8.    Whether the parties intend to utilize the Individualized Trial Program set

15  forth in LCR 39.2 or any ADR options set forth in LCR 39.1.

16      9.    Any other suggestions for shortening or simplifying the case.

17      10.   The date the case will be ready for trial. The Court expects that most civil

18  cases will be ready for trial within a year after filing the Joint Status Report and

19  Discovery Plan.

20      11.   Whether the trial will be jury or non–jury.

21      12.   The number of trial days required.

22      13.   The names, addresses, and telephone numbers of all trial counsel.

23      14.   The dates on which the trial counsel may have complications to be

24  considered in setting a trial date.

25      15.   If, on the due date of the Report, all defendant(s) or respondents(s) have not

26  been served, counsel for the plaintiff shall advise the Court when service will be

ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT,
AND EARLY SETTLEMENT – 3

effected, why it was not made earlier, and shall provide a proposed schedule for the

required Fed. R. Civ. P. 26(f) conference and Fed. R. Civ.P. 26(a) initial disclosures.

16.    Whether any party wishes a pretrial Fed. R. Civ. P. 16 conference with

the judge prior to the entry of any order pursuant to Rule 16 or setting of a schedule for

this case. If yes, indicate whether a party wishes an in−person or telephonic conference.

17.    List the date(s) that each and every nongovernmental corporate party filed

its disclosure statement pursuant to Fed. R. Civ. P. 7.1 and LCR 7.1.

If the parties are unable to agree on any part of the Report, they may answer in

separate paragraphs. No separate reports are to be filed. If the parties wish to have a

status conference with the Court at any time during the pendency of this action, they

should notify Courtroom Deputy, Kim Brye, by email.

## III. PLAINTIFF'S RESPONSIBILITY

Plaintiff's counsel (or plaintiff, if pro se), will be responsible for starting the

communications needed to comply with this Order.

## IV. JUDGE SPECIFIC PROCEDURAL INFORMATION

All counsel and unrepresented parties should review Judge Christel's web page

for procedural information applicable to cases before Judge Christel. The judge's web

pages, in addition to the Local Rules, Electronic Filing Procedures for Civil and

Criminal Cases, court forms, instruction sheets, and General Orders, can be found on

the Court's website at www.wawd.uscourts.gov.

## V. EARLY SETTLEMENT CONSIDERATION AND NOTIFICATION

If settlement is achieved, counsel shall immediately notify Courtroom Deputy,

Kim Brye.

//

//

//

ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT,
AND EARLY SETTLEMENT – 4

1    The parties are responsible for complying with the terms of this Order.

2

3    DATED: The 29th of October 2025

4

5                                    *s/ David W. Christel*
                                     DAVID W. CHRISTEL
6                                    United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT,
AND EARLY SETTLEMENT – 5