UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON KOETTING,<br><br>Plaintiff(s),<br>v.<br>DOUBLEDOWN INTERACTIVE LLC,<br><br>Defendant(s). | CASE NO. 2:25−cv−01854−LK<br><br>MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable Lauren King, United States District Judge. All future documents filed in this case must bear the cause number 2:25−cv−01854−LK and bear the Judge's name in the upper right hand corner of the document.

DATED October 29, 2025

                                       Ravi Subramanian
                                       Clerk of Court

                                       By: /s/ Kim E Brye
                                               Deputy Clerk