The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JASON KOETTING, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DOUBLEDOWN INTERACTIVE LLC,<br><br>    Defendant. | NO.   2:25-cv-01854-LK<br><br>**STIPULATED MOTION TO CONTINUE CASE DEADLINES AND DEADLINE TO ANSWER FIRST AMENDED COMPLAINT**<br><br>NOTED ON MOTION CALENDAR:<br>November 24, 2025 |

Pursuant to Local Civil Rule 7(d)(1), Local Civil Rule 10(g), and Section 5(F) of Judge King's Standing Order for Civil Cases, the parties, by and through their respective attorneys of record, stipulate and jointly move the Court to enter an order continuing the current deadlines regarding 26(f) Conference, Initial Disclosures, Joint Status Report, and deadline to respond to the First Amended Complaint as follows:

| EVENT | DEADLINE | PROPOSED AMENDED DEADLINE |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 12/11/2025 | 2/9/2026 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 12/26/2025 | 2/24/2026 |

STIPULATED MOTION TO CONTINUE CASE DEADLINES
AND DEADLINE TO ANSWER FIRST AMENDED
COMPLAINT - 1
NO. 2:25-cv-01854-LK

**FENNEMORE CRAIG, P.C.**
999 Third Avenue Suite 600
Seattle, Washington 98104-4039
(206) 749-0500

| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 1/8/2026 | 3/9/2026 |
|---|---|---|
| Deadline to Respond to First Amended Complaint | | 1/12/2026 |

The parties respectfully request that the Court grant the above-designated continuances based upon the following facts:  The parties had previously agreed to an informal continuance of the deadline to respond to Plaintiff's Complaint.  Defendant retained additional counsel, whose appearances and pro hac vice applications will be forthcoming, who need additional time to familiarize themselves with the case background.  In addition, the parties believe initial discussions regarding the case and potential alternative resolutions may be beneficial and wish to have time to conduct those discussions prior to further utilizing party or judicial resources.

STIPULATED MOTION TO CONTINUE CASE DEADLINES
AND DEADLINE TO ANSWER FIRST AMENDED
COMPLAINT - 2
NO. 2:25-cv-01854-LK

**FENNEMORE CRAIG, P.C.**
999 Third Avenue Suite 600
Seattle, Washington  98104-4039
(206) 749-0500

SO STIPULATED AND AGREED this November 24, 2025.

**NICK MAJOR LAW PLLC**

By:  /s/ Nicholas R. Major
    Nicholas R. Major, WSBA #49579
    450 Alaskan Way S Ste 200
    Seattle, WA 98104-2785
    Telephone:  (206) 410-5688
    Email: Nick@NickMajorLaw.com


**GUCOVSCHI LAW FIRM PLLC**

    Adrian Gucovschi (*pro hac vice admitted*)
    140 Broadway, FL 46
    New York, NY 10005
    Telephone:  212.884.4320
    Email: adrian@gucovschilaw.com


**HEDIN LLP**

    Frank Hedin (*pro hac vice admitted*)
    1395 Brickell Avenue, Suite 1140
    Miami, FL 33131
    Telephone:  305.357.2107
    Email: fhedin@hedinllp.com


*Attorneys for Plaintiff Jason Koetting*

**FENNEMORE CRAIG, P.C.**

By:  /s/ Michael E. Chait
    Michael E. Chait, WSBA #48842
    999 Third Avenue, Suite 600
    Seattle, Washington 98104-4039
    Telephone: 206.749.0500
    Facsimile:  206.749.0600
    Email:  mchait@fennemorelaw.com

*Attorneys for Defendant DoubleDown
Interactive LLC*

STIPULATED MOTION TO CONTINUE CASE DEADLINES
AND DEADLINE TO ANSWER FIRST AMENDED
COMPLAINT - 3
NO. 2:25-cv-01854-LK

**FENNEMORE CRAIG, P.C.**
999 Third Avenue Suite 600
Seattle, Washington  98104-4039
(206) 749-0500

1

## CERTIFICATE OF SERVICE

2          I hereby declare under penalty of perjury under the laws of the United States of America

3    that on this date, the foregoing document was filed electronically with the Court and thus served

4    simultaneously upon all counsel of record.

5          I declare under penalty of perjury that the foregoing is true and correct.

6          EXECUTED on November 24, 2025.

7

8

9    _____
     Xiaoshi Zhang

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

CERTIFICATE OF SERVICE
NO. 2:25-cv-01854-LK