The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| JASON KOETTING, individually and on behalf of all others similarly situated, | NO. 2:25-cv-01854-LK |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE CASE DEADLINES AND DEADLINE TO ANSWER FIRST AMENDED COMPLAINT** |
| v. | |
| DOUBLEDOWN INTERACTIVE LLC, | |
| Defendant. | |

Having reviewed the parties' Stipulated Motion to Continue Case Deadlines and Deadline to Answer First Amended Complaint (the "Stipulation"), the Court HEREBY ORDERS that the Stipulation is Granted, and the current case deadlines are continued as follows:

| EVENT | DEADLINE | PROPOSED AMENDED DEADLINE |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 12/11/2025 | 2/9/2026 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 12/26/2025 | 2/24/2026 |

ORDER GRANTING STIPULATED MOTION TO
CONTINUE CASE DEADLINES AND DEADLINE TO
ANSWER FIRST AMENDED COMPLAINT - 1
NO. 2:25-cv-01854-LK

FENNEMORE CRAIG, P.C.
999 Third Avenue Suite 600
Seattle, Washington 98104-4039
(206) 749-0500

| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 1/8/2026 | 3/9/2026 |
|---|---|---|
| Deadline to Respond to First Amended Complaint | | 1/12/2026 |

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2025.

_____
The Honorable Lauren King

ORDER GRANTING STIPULATED MOTION TO
CONTINUE CASE DEADLINES AND DEADLINE TO
ANSWER FIRST AMENDED COMPLAINT - 2
NO. 2:25-cv-01854-LK

**FENNEMORE CRAIG, P.C.**
999 Third Avenue Suite 600
Seattle, Washington 98104-4039
(206) 749-0500

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury under the laws of the United States of America that on this date, the foregoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on November 24, 2025.

_____
Xiaoshi Zhang

CERTIFICATE OF SERVICE
NO. 2:25-cv-01854-LK

**FENNEMORE CRAIG, P.C.**
999 Third Avenue Suite 600
Seattle, Washington 98104-4039
(206) 749-0500