The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JASON KOETTING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOUBLEDOWN INTERACTIVE LLC,<br><br>Defendant. | NO.   2:25-cv-01854-LK<br><br>[*PROPOSED*]<br><br>**ORDER GRANTING DEFENDANT DOUBLEDOWN INTERACTIVE LLC'S MOTION TO COMPEL ARBITRATION** |

THIS MATTER comes before the Court on Defendant Doubledown Interactive LLC's ("DoubleDown") Motion to Compel Arbitration (the "Motion"), and the Court having considered:

a)   The Motion;

b)   Declaration of Joseph A. Sigrist in Support of the Motion and Exhibits A-C

c)   Plaintiff's Opposition to the Motion, if any;

d)   Defendant's Reply in Support of the Motion, if any; and being familiar with the files and pleadings in this matter, is fully advised.

**NOW, THEREFORE**, Defendant's Motion is **GRANTED** as follows:

1. It is ORDERED that Plaintiff Jason Koetting shall submit his individual and class claims against DoubleDown to binding arbitration.

ORDER GRANTING DEFENDANT
DOUBLEDOWN INTERACTIVE LLC'S
MOTION TO COMPEL ARBITRATION - 1
NO. 2:25-cv-01854-LK

FENNEMORE CRAIG, P.C.
999 Third Avenue, Suite 600
Seattle, Washington  98104-4039
(206) 749-0500

2. It is further ORDERED that the claims against DoubleDown in the above-captioned action are hereby STAYED pending the disposition of such claims in arbitration.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2026.

_____
The Honorable Lauren King

ORDER GRANTING DEFENDANT
DOUBLEDOWN INTERACTIVE LLC'S
MOTION TO COMPEL ARBITRATION - 2
NO. 2:25-cv-01854-LK

FENNEMORE CRAIG, P.C.
999 Third Avenue, Suite 600
Seattle, Washington  98104-4039
(206) 749-0500

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury under the laws of the United States of America that on this date, the foregoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on January 20, 2026.

_____
Xiaoshi Zhang

CERTIFICATE OF SERVICE
NO. 2:25-cv-01854-LK

FENNEMORE CRAIG, P.C.
999 Third Avenue, Suite 600
Seattle, Washington 98104-4039
(206) 749-0500