The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

JASON KOETTING, individually and on behalf of all others similarly situated,

    Plaintiffs,

    v.

DOUBLEDOWN INTERACTIVE LLC,

    Defendant.

NO.    2:25-cv-01854-LK

**DEFENDANT DOUBLEDOWN INTERACTIVE LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7 LOCAL RULE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rules 7.1(a), Defendant DoubleDown Interactive LLC ("Defendant") makes the following disclosures:

1. Defendant is 100% owned by DoubleDown Interactive Co., Limited ("DoubleDown Interactive Co."), which in turn is majority owned by DoubleU Games, Limited ("DoubleU").

2. Defendant is a citizen of Nevada.

3. DoubleDown Interactive Co. is a citizen of Korea.

4. DoubleU is a citizen of Korea.

DEFENDANT DOUBLEDOWN INTERACTIVE LLC'S
CORPORATE DISCLOSURE STATEMENT
PURSUANT TO RULE 7.1 - 1
NO. 2:25-cv-01854-LK

1

DATED: January 20, 2026.

2

FENNEMORE CRAIG, P.C.

3

By    /s/ Michael E. Chait

4

Michael E. Chait, WSBA #48842
999 Third Avenue, Suite 600

5

Seattle, WA 98104-4039
Tel: (206) 749-0500

6

Fax: (206) 749-0600

7

Email: mchait@fennemorelaw.com

8

MITCHELL SILBERBERG & KNUPP LLP

9

Hannah G. Shepherd (*pro hac vice admitted*)

10

Karin Pagnanelli (*pro hac vice admitted*)
2049 Century Park East, 18th Floor

11

Los Angeles, CA 90067
Tel: (310) 312-2000

12

Email: hannah.shepherd@msk.com

13

Email: KGP@msk.com

14

MITCHELL SILBERBERG & KNUPP LLP

15

Theresa B. Bowman (*pro hac vice admitted*)

16

1818 N Street N.W., 7th Floor
Washington, DC 20036

17

Tel: (202) 355-7900
Email: tbb@msk.com

18

19

*Attorneys for Defendant Doubledown Interactive LLC*

20

21

22

23

24

25

26

27

DEFENDANT DOUBLEDOWN INTERACTIVE LLC'S
CORPORATE DISCLOSURE STATEMENT
PURSUANT TO RULE 7.1 - 2
NO. 2:25-cv-01854-LK

1

## **CERTIFICATE OF SERVICE**

2      I hereby declare under penalty of perjury under the laws of the United States of America

3 that on this date, the foregoing document was filed electronically with the Court and thus served

4 simultaneously upon all counsel of record.

5      I declare under penalty of perjury that the foregoing is true and correct.

6      EXECUTED on January 20, 2026.

7

8

9      _____
       Xiaoshi Zhang

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

CERTIFICATE OF SERVICE
NO. 2:25-cv-01854-LK