HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASON KOETTING, individually and )
on behalf of all others similarly situated, )
                                          )    Case No. 2:25-cv-01854-LK
                        Plaintiff,        )
            vs.                           )
                                          )    **NOTICE OF VOLUNTARY DISMISSAL**
DOUBLEDOWN INTERACTIVE LLC, )                 **WITHOUT PREJUDICE**
                                          )
                        Defendant.        )
                                          )
_____ )

Plaintiff Jason Koetting, by and through undersigned counsel, hereby voluntarily dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED this 10th day of November 2026.


NICK MAJOR LAW PLLC

*s/ Nicholas  R. Major*_____
Nicholas R. Major, WSBA #49579
450 Alaskan Way S., Suite 200
Seattle, WA 98104
Tel: 206-410-5688
Email: nick@nickmajorlaw.com


VOLUNTARY DISMISSAL WITHOUT                          **Nick Major Law PLLC**
PREJUDICE- 1                                         450 Alaskan Way S Suite 200
                                                     Seattle, WA 98104
USDC Case No, 2:25-cv-01854-LK                       P: (206) 410-5688

HEDIN LLP

_s/ Frank Hedin_____
Frank Hedin
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131-3302
Telephone:      (305) 357-2107
E-Mail:        fhedin@hedinllp.com

GUCOVSCHI LAW FIRM

_s/ Adrian Gucovschi_____
Adrian Gucovschi
140 BROADWAY, FL 46
NEW YORK, NY 10005
Telephone: (212) 884-4230
E-Mail:        adrian@gr-firm.com

*Attorneys for Plaintiff and the Putative Class*

VOLUNTARY DISMISSAL WITHOUT
PREJUDICE- 2

USDC Case No, 2:25-cv-01854-LK

**Nick Major Law PLLC**
450 Alaskan Way S Suite 200
Seattle, WA 98104
P: (206) 410-5688